UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KELLY PINN F/K/A KELLY ROBINSON,   )<br>     )<br>     *Plaintiff*,    )<br>     )<br>v.    )<br>     )<br>ENERGY SOLUTIONS DIRECT SOLAR,   )<br>     )<br>     *Defendant*.   ) | Case No. 3:21-cv-2330 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Kelly Pinn f/k/a Kelly Robinson.

Date:  October 30, 2021.                        Respectfully submitted,

By: */s/ Dena L. Mathis*
       Dena L. Mathis
       State Bar No. 13191950

MATHIS LEGAL PLLC
15851 Dallas Parkway
Suite 800
Addison, Texas 75001
dena@mathislegal.com
(214) 706-7606
(214) 706-7622 Fax